IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | |
|---|---|
| DOUGLAS M. GRAHAM, individually and as natural father and next of kin of ERIN GRAHAM, ) ) ) ) | |
| Plaintiff, ) ) | No. 1-05-1040-T/An<br>JUDGE James D. Todd |
| v. ) ) | |
| VICTORY RANCH, ) ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RULE 16(B) SCHEDULING ORDER**

It appearing to the Court that Defendant Victory Ranch and Plaintiff Douglas M. Graham, individually and as natural father and next of kin of Erin Graham, are in agreement that the June 5, 2005 Scheduling Order should be modified as requested:

IT IS, THEREFORE, ORDERED that this Court's June 5, 2005 Scheduling Order shall be modified as follows:

**Amending Pleadings**

    For Defendant:        December 16, 2005

Dated: September 12, 2005

S. Thomas Anderson USMJ
UNITED STATES DISTRICT JUDGE

M BC1 900128 v1
2788500-000010 09/06/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/14/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01040 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

David A. McLaughlin
THE COCHRAN FIRM
One Commerce Square
Ste. 2600
Memphis, TN 38103

Betty Campbell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT